# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN CHARLES GROSSCURTH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA,<br><br>    Defendant. | 2:12-cv-00375-JCM-CWH<br><br>**FINDINGS AND RECOMMENDATION** |

    Plaintiff submitted an Application to Proceed *in Forma Pauperis* (#1) and Complaint on March 7, 2012. On August 13, 2012, Plaintiff submitted an Amended Complaint (#2). On September 10, 2012, the Court entered an Order denying without prejudice Plaintiff's Application to Proceed *in Forma Pauperis* (#3). The Court found several discrepancies in Plaintiff's Application. Plaintiff indicated that he is employed and paid by commission, but listed his take-home-pay as $0. Plaintiff also indicated that his living expenses are approximately $1200.00 per month. As a result of the discrepancies regarding Plaintiff's employment status and gross pay, the Court found that there was insufficient information to determine whether Plaintiff is eligible to proceed *in forma pauperis*. Plaintiff was given until October 8, 2012 to file a completed Application to Proceed *In Forma Pauperis*. Plaintiff failed to submit a completed Application or pay the $350.00 filing fee by the October 8, 2012 deadline.

    Based on the foregoing and good cause appearing therefore,

## RECOMMENDATION

    **IT IS HEREBY RECOMMENDED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) be **denied with prejudice** for failure to file a completed Application by October 8, 2012.

    **IT IS FURTHER RECOMMENDED** that this action be **dismissed** for failure to pay the filing fee.

**NOTICE**

Pursuant to Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst,* 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

DATED this 10th day of October, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge